| | |
|---|---|
| MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.<br>BY: Christian M. Scheuerman, Esquire<br>Cherry Tree Corporate Center<br>Suite 501<br>535 Route 38 East<br>Cherry Hill, NJ 08002<br>(856)663-4300<br><br>190-101622(SXK/CMS) | ATTORNEY FOR DEFENDANT<br>Healthcare Revenue Recovery Group, LLC D/B/A ARS Account Resolution Services |
| KARIN MEYER<br><br>VS.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ARS ACCOUNT RESOLUTION SERVICES<br><br>AND<br><br>EQUIFAX INFORMATION SERVICES, LLC | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CAMDEN VICINAGE<br><br>Case No. 1:16-cv-02454-NLH-JS<br><br>CIVIL ACTION<br><br>FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. Pro. 7.1, Defendant Healthcare Revenue Recovery Group, LLC, hereby discloses the following corporate information: Healthcare Revenue Recovery Group, LLC is not a publicly held corporation, but its parent corporations are owned by a publicly held corporation, Team Health Holdings, Inc., which is traded under the symbol "TMH."

                                                Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.

                                                */s/ Christian M. Scheuerman*<br>
                                                Christian M. Scheuerman, Esquire<br>
                                                Attorney for Defendant,<br>
                                                Healthcare Revenue Recovery Group, LLC

Dated: 7-6-16

{NJ668951.1}