**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

NEW JERSEY OFFICE
*Cherry Tree Corporate Center*
*Suite 501*
*535 Route 38 East*
*Cherry Hill, NJ 08002*
*(856) 663-4300 Fax: (856) 663-4439*

www.moodklaw.com

***Christian M. Scheuerman***
Member NJ & PA Bars
CScheuerman@moodklaw.com

May 25, 2017

**VIA ECF**
Hon. Joel Schneider, U.S.M.J.
United States District Court
District of New Jersey, Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

        RE:   Meyer v. Healthcare Revenue Recovery Group, LLC, et al.
                Docket No.: 1:16-cv-02454-NLH-JS
                <u>Our File No.: 190-101622(SXK/CMS)</u>

Dear Judge Schneider:

        I write, with consent of all counsel, to request that the January 13, 2017 Scheduling Order (docket no. 35) be amended.  In April, Mr. Miltz required additional time to serve his expert report, to which all counsel agreed.  This in turn pushed backed the Defendants' expert report deadline.  Presently, the deposition of the Plaintiff's expert is scheduled for June 7, and counsel are in the process of scheduling the deposition of HRRG's expert.

        In light of this, all counsel consent to the following amendments to the Scheduling Order:

        ● Complete experts depositions by June 30, 2017;

        ● File dispositive motions by July 30, 2017;

        ● Plaintiff's portion of the joint final pretrial order is due on August 22, 2017;

        ● Defendants' portion of the joint final pretrial order is due on September 5, 2017;

        ● The joint final pretrial order is due to the Court on September 6, 2017;

{NJ753667.1}

| Philadelphia | Pittsburgh | New York | Westchester County | Wilmington | Towson |
| --- | --- | --- | --- | --- | --- |
| Pennsylvania | Pennsylvania | New York | New York | Delaware | Maryland |

Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
Page 2

- The pre-trial conference will be held on a date after October 2, 2017.

                                            Respectfully Submitted,

                                            **MARKS, O'NEILL, O'BRIEN,**
                                            **DOHERTY & KELLY, P.C.**

                                            */s/ Christian M. Scheuerman, Esquire*
                                            Christian M. Scheuerman, Esquire

CMS/jd
Cc:    Lewis Perling, Esquire (via ECF)
         Andrew M. Milz, Esquire (via ECF)

{NJ753667.1}