| | |
|---|---|
| FLITTER MILZ, P.C.<br>BY:  Andrew M. Milz, Esquire<br>525 Route 73 South, Suite 200<br>Marlton, NJ 08053-9644<br>(856) 396-0600 | ATTORNEY FOR PLAINTIFF |
| KARIN MEYER<br><br>                         Plaintiff<br><br>            vs.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES<br><br>              and<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>                         Defendants | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CAMDEN VICINAGE<br><br>CIVIL ACTION<br><br>CASE NO.  1:16-CV-02454-NLH-JS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed without costs, with prejudice and as to all claims against any parties.

FLITTER MILZ, P.C.

BY: /s/ Andrew M. Milz_____
    CARY L. FLITTER
    ANDREW M. MILZ
    Attorneys for Plaintiff

Date:  October 2, 2017


CLARK HILL PLC

BY: /s/ Scott B. Galla_____
    SCOTT B. GALLA
    Attorney for Defendant Equifax
    Information Services, LLC

Date:  October 2, 2017 _____

MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

BY: /s/ Christian M. Scheuerman____
    CHRISTIAN M. SCHEUERMAN
    Attorney for Defendant Healthcare
    Revenue Recovery Group, LLC, d/b/a
    ARS Account Resolutions Services

Date:  October 2, 2017